IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERTO CARRASCO-SALAZAR,

                                                         JUDGMENT IN A CIVIL CASE

     Plaintiff,

                                                                           13-cv-11-wmc

v.

GREGG FEARDAY, DR. REED, P.A. SPAHN,
MR. LOPEZ, DR. GUPTA and P.A. RITTER,

     Defendants.

     This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

     (1) dismissing plaintiff's claims without prejudice as to Dr. Reed; and

     (2) granting Gregg Fearday, P.A. Spahn, Mr. Lopez, Dr. Gupta and P.A. Ritter's motions for summary judgment and dismissing this case.

| /s/ | 2/4/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |